RECEIVED
JAN 1 8 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

10:00 AM
On FeB 8, 2012 I was DisCharged out of centralia Correction, with Knowledge That The 10yrs of Signing Sex-Offender Registration was over with the Court Trascripts To Prove the Date of June 14, 2011 and was Told from Prison Review Board I was no Longer had To Sign it and I Refused To Sign it while I was Still in Prison waiting for my out Date 2/8/20 on OCT 3, 2012 I was excessful forced out of my Car By Two white South Holland Police office and Arrested for NON-Comply so the next day OCT 4, 2012 I was given a Bond of $100.00 and my Brother Came and Bond me out and got my van out of Tow. Then I was forced By Count To Register As "Homeless until I Find A Place in Which it was so hard But I found A Place and went Threw alot To Prove that I was Living There and I did it

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I had Found Three Place that All checked Out But I had To moved Because of A Day care or my Brother got evicted Because of my label on my name. As of June 1, 2014 I had A Room I Rented from "John Garrett" which I was in Compliance Totally By Chicago police Dept and was There when they did there yearly Check-in So on April 15, 2015 Officer( Put Hand Cuffs on me So Tight that I instantly got numbness in my Hands and Arms and was placed By a wall when in 20 min later A Tall Black officer( grab me Chocking my neck and Push my face on the dirty floor in the Red Ford explorer Truck while Being Talken To 51th ST michgan police I complarted of Chest pain Because of The "Shock" I was in Being put in a police Truck and Treated Like an Animal and I did Not once get Read my Miranda Rights and Didnt Know Why I was There At 51th ST Was Put in a Cell without water and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Anthony Hill

Plaintiff's name ***(print clearly or type)***: Anthony Hill

Plaintiff's mailing address: 1001 W 78th ST APT 3

City Chicago State IL ZIP 60620

Plaintiff's telephone number: (773) 597-5622.

Plaintiff's email address ***(if you prefer to be contacted by email)***: latanjia@ gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To: get my $17,500 from the law firm Heather Awiddell and to get paid $1.5 millions dollar for the Beating and Head Trauma and Two unlawfully Conviction That could Have Be prevented and the Emotion Pain and suffering due to Be Label As A sex-Offender when I am not one and my name to Be Removed off ILL State Police Data Bank of sex offender's

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Friday day of Jan 10, 2018

Anthony Hill

(Signature of plaintiff or plaintiffs)

Anthony Hill

(Print name)

IC75792

(I.D. Number)

1001 W 78 St APT 3

Chicago IL 60620

(Address)

4. Defendant, IRIS LeiPziG 19504, is
(name, badge number if known)

☒ an officer or official employed by Chicago POLice Dept;
(department or agency of government)
City of Chicago 35th michgan or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is Sign me As A S/O Register. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about FeB 16, 2015 (month,day, year), at approximately 10:25 ☒ a.m. ☐ p.m. plaintiff was present in the municipality (or unincorporated area) of Chicago Chicago POLice DepT, in the County of COOK, State of Illinois, at 3510 S michigan Ave, (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: my mirand rights Was not read To me At the Time of the Arrest, Complant of ChesT Pain and I Never Recieve Any medical Attention.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): ______

8. Plaintiff was charged with one or more crimes, specifically: Violate Register

4. Defendant, Heather A Widell, is
(name, badge number if known)

☐ an officer or official employed by Her own Law Firm;
(department or agency of government)

or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is Paid Attorney. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about May 9, 16 (month, day, year), at approximately 10:15 ☒ a.m. ☐ p.m. plaintiff was present in the municipality (or unincorporated area) of Markham Circuit Court, in the County of Cook, State of Illinois, at 16501 So Kedzie, (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: She Never Filed Any motion's That would have Help me, very ineffective, stolen my Bond money $7,500 and wasn't License To practice Law didn't say Any words To Help me in Court Never!

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Obligated By Color Law not To abuse Client Lawyer Privileges Standard as practice in Illinois To Be Trust worthy as A Person who fight for Justice

8. Plaintiff was charged with one or more crimes, specifically: Violate Register

4. Defendant, Heather A. Widell, is
(name, badge number if known)

☐ an officer or official employed by Her Own Law Firm;
(department or agency of government)

_______________________________________ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is Paid Attorney. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about May 9, 16 (month,day,year), at approximately 10:15 ☒ a.m. ☐ p.m. plaintiff was present in the municipality (or unincorporated area) of Markham Circut Court, in the County of Cook, State of Illinois, at 16501 So Kedzie, (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☒ failed to provide plaintiff with needed medical care;
- ☒ conspired together to violate one or more of plaintiff's civil rights;
- ☒ Other: She never filed any mottion's that would Help me Very ineffective, Stolen my Bond money $7,500 and wasn't License To Practice law didn't say any words To Help me in Court Never!

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _______________________________________

8. Plaintiff was charged with one or more crimes, specifically: Violate Register

False information when An investive Alert was Put on me Because I would not Become A CI informant this is the Corruption I Complaite TO C.O.P.A Case # 1085432 (investigator's) Kelsey Fitzpatrick, Anthony Smajo

9. **(*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings**

- ☐ **are still pending.**
- ☐ **were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.**[1]
- ☒ **Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows** I was TO Pick my Jury on may 9, 2016 and Heather A. Widell Told me "I am Popped" and.
- ☒ **Other:** was Forced TO Pled out due To ineffectiveness on Her Behalf.

10. **Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)** With Officer IRIS Leipzig #19504★ (Star Badge #) As of 6/1/14 I was in Compliance To The S/O Registion Law and was Approved By CPD for over a year and was forced To move and Suffer Two more unlawfully conviction due To Heather A. Widell Sold me out To Pled out By Force and She deceptive and fraudulent made false statement TO ARDC and Stolen my Bond money $7,500 in which I have Tried To Regain my money Back in State Circuit Court and Refuse To Show Document That a contact was signed By me stated I will pay 10.000 for Her service which was "none" she didn't Help me AT All But get a Double Parole and Two more Conviction and didn't Filed Any Appeal or do Anything To Help me or my family with information

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

That could Help me get property Back Home from NRC and Had no regret in Helping the STATE in What make Her cool. She was working conspiring underhandedly speaking with STATE Attorney while I wasn't in the Court room Before my forced pled out.

**11. Defendant acted knowingly, intentionally, willfully and maliciously.**

**12. As a result of defendant's conduct, plaintiff was injured as follows:**

I was Punch in face 5/12/16 while At NRC By C/o Quiteano and Suffer Busted Lip and Cracked nose, Also fell out in the Cell 6/6/16 and Was Told I High Blood pressure was deadly High 191/160 and mentally Traumatized, my Life Saving. was Taken By Her and Life Ruin By Two more unlawfully convictions

**13. Plaintiff asks that the case be tried by a jury.** ☒ **Yes** ☐ **No**

**14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.**

**WHEREFORE, plaintiff asks for the following relief:**

**A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;**

**B.** ☒ ***(Place X in box if you are seeking punitive damages.)*** **Punitive damages against the individual defendant; and**

**C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.**

**Plaintiff's signature:** Anthony Hill

**Plaintiff's name *(print clearly or type)*:** Anthony Hill

**Plaintiff's mailing address:** 1001 W 78th ST APT 3

**City** Chicago **State** IL **ZIP** 60620

**Plaintiff's telephone number:** (773) 597-5622.

**Plaintiff's email address** ***(if you prefer to be contacted by email)*****:**____________________

____________________________________

**15. Plaintiff has previously filed a case in this district.** ☒ **Yes** ☐ **No**

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

EXHIBIT D

Order (2/24/05) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of State of Illinois

v.

Anthony Hill

No. 12 6010563

ORDER

This cause coming to be heard before The Honorable Judge Bowden, all parties being present and fully advised; It is Hereby Ordered That the Chicago Police Department in the City in which the defendant is homeless allow him to register at that police department. The defendant is homeless and must register in the city in which he is homeless.

Atty. No.: 30295

Name: Connie J. Jordan

Atty. for: Anthony Hill

Address: 16501 S. Kedzie

City/State/Zip: Markham, Ill 60438

Telephone: (708) 232-4316

ENTERED:

ENTERED
OCT 25 2012
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Dated: 10-25-12

Judge Judge's No. 1946

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 730-150/10(A) | F 2 | SEX OFFENDER/FALSE INFO/2+ |
| 730-150/10(A) | F 2 | SEX OFFENDER/FALSE INFO/2+ |

The following disposition(s) was/were rendered before the Honorable Judge(s):

05/13/15 IND/INFO-CLK OFFICE-PRES JUDGE 05/20/15 1701
05/20/15 CASE ASSIGNED 05/20/15 1749
BIEBEL, PAUL JR.
05/20/15 DEFENDANT IN CUSTODY
MALDONADO, ALFREDO
05/20/15 DEFENDANT IN CUSTODY
ROBERTS MARY COLLEEN
05/20/15 APPEARANCE FILED
ROBERTS MARY COLLEEN
05/20/15 DEFENDANT ARRAIGNED
ROBERTS MARY COLLEEN
05/20/15 PLEA OF NOT GUILTY
ROBERTS MARY COLLEEN
05/20/15 ADMONISH AS TO TRIAL IN ABSENT
ROBERTS MARY COLLEEN
05/20/15 MOTION FOR DISCOVERY F 1
ROBERTS MARY COLLEEN
05/20/15 DISCOVERY ANSWER FILED F 1
ROBERTS MARY COLLEEN
05/20/15 MOTION FOR DISCOVERY F 2
ROBERTS MARY COLLEEN
05/20/15 CONTINUANCE BY AGREEMENT 06/01/15 1749
ROBERTS MARY COLLEEN
06/01/15 DEFENDANT IN CUSTODY
ROBERTS MARY COLLEEN
06/01/15 SPECIAL ORDER
DEFT IS TO BE PLACED ON E.M. IN LIEU OF BOND
ROBERTS MARY COLLEEN

She wasnt AT ALL of This court dates it was other different people I didnT Know

(1) Heather didnT File what I asked for didnT said a word To the Judge or State Nothing!!!

of $400.000 This unhear of To have a ransom and She again was very ineffective didnT said a word in The Bond Hearing and I was in ToTaT Shock To see She did care about my Life or Freedom Bein Thrown in Jail for An Address That is for a murder who have commit a more Serious Crime

C.P.D

Refused To Let me Phone my Lawyer that Was paid By Brother Gerard Hall in which I Later find out She wasn't yet An experience Lawyer As of this day. 4/15/15 So for many hours went By and I was Asked and Taken To A Booth which a Black Detective "A woman" Told me Did I wanted To Talk and I said NO!! Then they put me Back in the cell with no running water or working Toliet and STILL I Didn't Know Why I was there for. The Next day 4/16/15 I was Taken To Court At 26th ST so California when I then was able To TALK To Heather A. Widell the Lawyer that didn't Help or Say Anything To me HELP while I was in Court or what Am Being Charged with and WAS Taken in front of the Chief Judge at 26th and giving Bond Ant 400,000 in which this is unHeard of when I Don't Know until I get To the COOK Country Jail when I was Told The Charges were then. The reason why I want and pray the Court Allow me To Bring a Suit Against Heather A. Widell Because She waited until my Jury Trial Set on May 9, 2016 At markham Rm 105 Judge order no House Arrest and I can go Back Home To 8127 so Ellis Apt 2E Because He seen the way they did me in By forced me To Pled out Because the Lawyer Heather A. Widell Told me That "I'am Fucked" and the Jury will not Have any "emotions" for you So I Just Sign again my Life away To the prison System for nothing again, Because She didn't filed Any motions or didn't Any work To prove or to Help me fight for my Life. She As Told me in

Open Court and said in front of the Judge that She would Take out $3,000.00 only out of my Bond Slip and She ended up Talking ALL of my $7,500 Hundred dollars when I Trusted Her To sent me my money Because of How they got me Back in the System- I have wrote the ARDC about her Conduct How She wasn't yet A Lawyer But you could Sell me out Back into the Prison System and Steal All of my Life saving Being out on 4 Bonds This is unheard of 1 Bond of $100.00, 2) Bond $50,000 3) Bond $75,000, 4) Bond $400.000.00. Also I want To Add "COPA" Because the Supervisor Told me over the Phone they are Closing there investigation about the numeral allegation against the Chicago police Sex offender unit put a Case on me Because I wouldn't Become a CI and Help Them when The excorted me again in a Kidnap State of Being forced me into a Brown ford Explorer While I was Looking for a New address and Had me Hand cuffed for Hour To A wall without Any miranda Being read To me and NOT TOLD why I am There and The Only way I was able To explain my way To get out IF I agree To get A Judge To Sign a Search warrent For A House on A 120st wentworth and again they Drove me with my face on the Floor Like They were going To Kill me that's how I felt AT that moment then we met the Judge and He forced me To Talk To them and And they said I was Doing A 900

Thing when I Know That They are not Thinking about my Life OR my family If we are in Danger Always Because of These things they Have Done To my Life and I pray that the Court please understand why I seek To Bring these people To Court Because I was sent and Beaten and Held in prison for many years For nothing and why I said this is Because in 9-11-2001 was discharged from Cook country Jail without probation or any Knowledge of a "Sex Offender Registration ACT" nor was ADMoised in Court That I had To Register As S/O, until I moved To Palatine IL, and was forced and Cohersed without A Lawyer or Any prior Law Concerning To True fact That An Warrent was For my Arrest ~~or~~ or if ILL STate Police didnt Have Any Knowledge of me having Any warrent so with that Be said of over 17 yrs of Being in and out of prison of a misdermor that wasnt A Sex case when Ive Been Trying To Complete all of the Requirement of the New Registration Laws and Have Completed the Oringate 10 years and How they CopA Didnt even give me Any proven fact on the Internal Investigation on those Officer thats in Question and How this Lawyer sold me Back in the System and Has not came with NO Contact Sign By me stated I agree For Her To TAke All of my Bond money this wrong and I want the Court To please TAke That in To Condisdertion please Because she didnt Help me

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

ExiBit (3)

Anthony James Hill, [redacted]
Plaintiff(s)

v.

Heather Ashley Widell, ~~John F Lyke, Nicholas Economakos~~
Defendant(s)

No. ____________

Amount Claimed: $ 7,500

Return Date: 12/11/17

## SMALL CLAIMS COMPLAINT-VERIFIED

(IL Sup. Ct. Rules 281-288)

**The Plaintiff(s) claim(s) as follows:**

1. **Defendant(s) Name(s) and Address(es):** Heather Ashley Widell 1507 e 53rd street, suite 2W Chicago, Illinois 60615; ~~John F Lyke~~ 1507 E 53rd street, suite 2W Chicago, Illinois 60615; ~~Nicholas Economakos~~ 1507 E. 53rd Street, suite 2W Chicago, Illinois 60615

2. **Defendant(s) owe(s) me $** 7,500 **for the reasons set forth below.**

3. **Defendant(s) owe(s) me this amount for the following reasons (State nature of your claim including dates and other relevant information. Use additional sheet(s) if necessary):** On may 9, 2016 AT 9:45 AM I was See Addendum in Court Room 105 markham, Heather A. widell Told me in front of Judge that She would Take out $3,000 only is Because John, F Lylke was the origarTor Lawyer That my Brother Beaard Hill Sign a Legal Contact with for the Balance of A fee of $3,000 only. Also I Anthony Hill Has wrote ARDC with Complate # for All three defendants Heather A. widell #NO=2016IN04319 John F, Lylke Jr #NO2016IN04320, Nicholas Economalles, #NO 2016IN04321 Also I have not yet Recieved Any documents in Respones To Any Contact Signed By me Stated That I will pay Her Addition $10,000. in Attorney Fee This unheard of.

I, Anthony James Hill (Plaintiff's Name), **certify that I am the Plaintiff in the above entitled action.**

**Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the undersigned certifies that the statements set forth herein are true and correct.**

**Atty. No.:** ____________ **Pro Se 99500**

**Atty. (or Pro Se Plaintiff):**

**Name:** Anthony James Hill

**Address:** 1001 w 78th street, apt 3

**City/State/Zip:** Chicago, Illinois 60620

**Telephone:** (773) 597-5622

**Dated:** 11/13/17

[signature]
**Signature**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# Addendum 1/5

(SMALL CLAIMS COMPLAINT-VERIFIED) Reason for claim

Ms. Widell is an attorney who was not yet license to practice law. coherence me the plaintiff Anthony Hill into pleading guilty for two cases and dupeing me into signing over my bond receipt for $7500. She stated she would take out $3000 and give me the remainder. Representation was previously agreed with attry Lyke for $3000. Attorney Widell lied and said I signed papers stating I agreed to pay her $10,ooo. this is totaly untrue. I have worte the ARDC to file complaints on all three defendants. They have yet to show me any documentation of my signature or anything stating that i agreed to paying her any funds. Now I am presently on House arrest for cases i have served time for. this is an injustice.

# Addendum 2/5

(SMALL CLAIMS SUMMONS-ORIGINAL) Address of Defendants:

53rd street, suite 2W Chicago, Illinois 60615: Nicholas Economakos 1507 E. 53rd Street, suite 2W Chicago, Illinois 60615

# Addendum 3/5

(SMALL CLAIMS SUMMONS-ORIGINAL) Address of Defendants:

Heather Ashley Widell 1507 e 53rd street, suite 2W Chicago, Illinois 60615; John F Lyke 1507 E 53rd street. suite 2W Chicago. Illinois 60615: Nicholas Economakos 1507 E. 53rd Street. suite 2W Chicago, Illinois 60615

# Addendum 4/5

(SMALL CLAIMS SUMMONS-ORIGINAL) Address of Defendants

Heather Ashley Widell 1507 e 53rd street, suite 2W Chicago, Illinois 60615; John F Lyke 1507 E 53rd street. suite 2W Chicago, Illinois 60615; Nicholas Economakos 1507 E. 53rd Street, suite 2W Chicago, Illinois 60615

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

ExiBit (2)

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/01/15 CONTINUANCE BY AGREEMENT 07/13/15 1749
ROBERTS MARY COLLEEN
07/13/15 ADMIN MAND FURLOUGH (CCDOC)
ROBERTS MARY COLLEEN
07/13/15 MOTION TO WITHDRAW AS ATTORNEY
ROBERTS MARY COLLEEN
07/13/15 APPEARANCE FILED
ROBERTS MARY COLLEEN
07/13/15 CONTINUANCE BY AGREEMENT ✓ 08/17/15 1749
ROBERTS MARY COLLEEN
08/17/15 CONTINUANCE BY AGREEMENT ✓ 09/22/15 1749
ROBERTS MARY COLLEEN
09/22/15 CONTINUANCE BY AGREEMENT ✓ 11/05/15 1749
ROBERTS MARY COLLEEN
11/05/15 ADMIN MAND FURLOUGH (CCDOC)
WALSH NEERA LALL
11/05/15 CONTINUANCE BY AGREEMENT ✓ 12/15/15 1749
WALSH NEERA LALL
12/15/15 DEFENDANT IN CUSTODY
WALSH NEERA LALL
12/15/15 CONTINUANCE BY AGREEMENT ✓ 12/18/15 1749
WALSH NEERA LALL
12/18/15 DEFENDANT IN CUSTODY
WALSH NEERA LALL
12/18/15 CONTINUANCE BY AGREEMENT 01/12/16 1749
EM REINSTATED MOVEMENT MUST BE VERIFIED
WALSH NEERA LALL
01/12/16 DEF ON ELECT MONITOR SYSTEM
WALSH NEERA LALL X ← She even said I was no problem while on EM!
01/12/16 CONTINUANCE BY AGREEMENT 02/09/16 1749
WALSH NEERA LALL
02/09/16 DEF ON ELECT MONITOR SYSTEM
WALSH NEERA LALL
02/09/16 CONTINUANCE BY AGREEMENT 03/28/16 1749
WALSH NEERA LALL
03/28/16 DEF ON ELECT MONITOR SYSTEM
JOYCE TIMOTHY JOSEPH

This The daTe I wanted To go Pro Se Because I Knew John Lylle Law Firm is no Help and They never visited me In Jail or whil Being in The Holdi Tank in Back of CourTRm.

This is The only motion I made not Heather Just To go To work and Church and This was my ideal and Hard work NOT Her AT ALL!

PS I had not violate my EM it was GOD who Touch The Judge HearT To sent me Home Because I Shouldnt Be in Jail in The first Place for nothing

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/28/16 CONTINUANCE BY AGREEMENT 05/17/16 1749
JOYCE TIMOTHY JOSEPH
05/17/16 DEFENDANT IN CUSTODY
WALSH NEERA LALL
05/17/16 DEFENDANT NOT IN COURT
WALSH NEERA LALL
05/17/16 CONTINUANCE BY AGREEMENT 06/23/16 1749
WALSH NEERA LALL
06/23/16 DEFENDANT IN CUSTODY
WALSH NEERA LALL
06/23/16 NOLLE PROSEQUI C002
WALSH NEERA LALL
06/23/16 PLEA OF GUILTY C001
WALSH NEERA LALL
06/23/16 JURY WAIVED
WALSH NEERA LALL
06/23/16 FINDING OF GUILTY C001
WALSH NEERA LALL
06/23/16 PRESENTENCE INVESTIGATION WAIV
WALSH NEERA LALL
06/23/16 DEF SENTENCED ILLINOIS DOC C001
3 YRS
WALSH NEERA LALL
06/23/16 ADMONISH-MANDATORY SUPV RELS
2 YRS
WALSH NEERA LALL
06/23/16 FINES COSTS FEES PER DRFT ORD $ 449
WALSH NEERA LALL
* 06/23/16 SENTENCE TO RUN CONCURRENT
W/12C66136101
WALSH NEERA LALL
* 06/23/16 WARRANT QUASHED From IDOC
WALSH NEERA LALL illegal warrant placed on me
06/23/16 DEF ADVISED OF RIGHT TO APPEAL
WALSH NEERA LALL
06/23/16 LET MITTIMUS ISSUE/MITT TO ISS
WALSH NEERA LALL

(handwritten notes:)

was in NRC Held unlawfully agai[n] I was Told By The First Judge No House Arrest and I can dress in dress out They never Released me At All they keep me Lock up 24 A day 7 days a week I was a Death Sentence

She never fild Any motions That could got me free I was forced To Plead out

This what The set up corruption from Heather Allow Them To Put An Addiotion MSR when I was Already forced To Plead out Because She Told me Down stair 6/23/17 To go a write Her up at the ARDC and She said in a way I will never forget Because I was Chained up Like an animal and I felt Hopeless Ready To Just give up and Asked Her Where my Bond money and She Just walked away from me.

her placed on me

NRC

Exhibit D

Order (2/24/05) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of State of Illinois

v.

Anthony Hill

No. 12 6010563

ORDER

This cause coming to be heard before The Honorable Judge Bowden, all parties being present and fully advised; It is Hereby Ordered that the Chicago Police Department in the City in which the defendant is homeless allow him to register at that police department. The defendant is homeless and must register in the city in which he is homeless.

Atty. No.: 30295

Name: Connie J. Jordan

Atty. for: Anthony Hill

Address: 16501 S. Kedzie

City/State/Zip: Markham, Ill 60428

Telephone: (708) 232-4312

ENTERED:

ENTERED OCT 25 2012 DOROTHY BROWN CLERK OF CIRCUIT COURT

Dated: 10-25-12

Judge [signature] Judge's No. 1946

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On FeB 8, 2012 10:00 Am I was DisCharged out of centralia Correction, with Knowledge That The 10yrs of Signing sex-offender Registration was over with the CourT Trascripts To Prove the Date of June 14, 2011 and was Told from Prison Review Board I was no Longer had To Sign it and I Refused To Sign it while I was Still in Prison waiting For my out Date 2/8/20

on OCT 3, 2012 I was excessful forced ouT of my Car By Two White South Holland Police office and ArresTed for NON-Comply so the nexT day OCT 4, 2012 I was given a Bond of $100.00 and my Brother Came and Bond me ouT and got my van ouT of Tow. Then I was forced By CourT To Resister As "Homeless until I Find A Place in which it was so hard BuT I found A Place and went Threw alot To Prove that I was Living There and I did it.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I had Found Three Place that ALL checked out But I had To moved Because of A Day care or my Brother got evicted Because of my label on my name. As of June 1, 2014 I had A Room I Rented from "John Garrett" which I was in Compliance Totally By Chicago police Dept and was There when they did there yearly Check-in So on April 15, 2015 Officer( Put Hand Cuffs on me So Tight that I instantly got numbness in my Hand's and Arm's and was placed By a wall when in 20 min later A Tall Black officer( grab me Chocking my neck and Push my face on the dirty floor in the Red Ford explorer Truck while Being Taken To 51st ST michgan police I complated of Chest pain Because of The "Shock" I was in Being Put in a Police Truck and Treated Like an Animal and I did Not once get Read my Miranda Rights and Didn't Know Why I was There At 51st Was Put in a Cell without water and

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

C.P.D

Refused To let me phone my Lawyer that Was paid By Brother Gerard Hill in which I Later find out She wasn't yet An experience Lawyer As of this day 4/16/15. So for many hours went By and I was Asked and Taken To A Booth which a Black Detective "A woman" Told me Did I wanted To Talk and I said NO!! Then they put me Back in the cell with no running water or working Toliet and STILL I Didn't Know Why I was there for. The Next day 4/16/15 I was Taken To Court At 26th ST so California when I then was able To TALK To Heather A. Widell the Lawyer that didn't Help or Say Anything To me HELP while I was in Court or what Am Being Charged with and WAS Taken in front of the Chief Judge at 26th and giving An Bond $400,000 in which this is unHeard of when I Don't Know until I get To the COOK Country Jail when I was Told The Charges's were then. The reason why I want and pray the Court Allow me To Bring a Suit Against Heather A. Widell Because She waited until my Jury Trial Set on May 9, 2016 At markham Rm 105 Judge order no House Arrest and I can go Back Home To 8127 so Ellis Apt 2E Because He Seen the way they did me in By forced me To Pled out Because the Lawyer Heather A. Widell Told me That "I'm Poked" and the Jury will not Have any "emotions" for you So I Just Sign again my Life away To the prison System for nothing again, Because She didn't filed Any motions or didn't Any work To prove or to Help me fight for my Life. She As Trick me in

Open Court and said in front of the Judge that She would Take out $3,000.00 only out of my Bond Slip and She ended up Talking ALL of my $7,500 Hundred dollars when I Trusted Her To sent me my money Because of How they got me Back in the System. I have wrote the ARDC about her Conduct How She wasn't yet A Lawyer But You could Sell me out Back into the Prison System and Steal All of my Life Saving Being out on 4 Bonds This is unheard of 1 Bond of $100.00, 2) Bond $50,000 3) Bond $75,000, 4) Bond $400.000.00. Also I want To Add "COPA" Because the Supervior Told me over the Phone they are Closing There investegation about the numeral allegation against the Chicago police Sex offender unit put a Case on me Because I wouldnt Become a CI and Help Them when The excorted me again in a Kidnap State of Being forced me into a Brown Ford Explorer While I was Looking for a New address and Had me Hand cuffed for Hour To A Wall without Any miranda Being read To me and not Told why I am There and The Only way I was able To explain my way To get out If I agree To get A Judge To Sign a Search warrent For A House on A 120st wentworth and again they Drove me with my Face on the Floor Like They were going To Kill me that's how I felt At that moment Then we met the Judge and He forced me To Talk To them and And then said I was doing A 900

Thing when I Know That They are not Thinking about my Life ~~OR~~ my family If we are in Danger Always Because of These things they Have Done To my Life and I pray that the Court please understand why I Seek To Bring these people To Court Because I was sent and Beaten and Held in prison for many Years For nothing and Why I said this is Because in 9-11-2001 was discharged from Cook country Jail without probation or any Knowledge of a "Sex Offender Registration ACT nor was ADMOISED in Court That I had To Register As S/O, until I moved To Palatine IL, and was Forced and Cohersed without A Lawyer or Any Prior Law Concerning To True fact That An Warrent was For my Arrest ~~U~~ or if ILL STate Police didnt Have Any Knowledge of me having Any warrent So with that Be said of over 17 yrs of Being in and out of Prison of a misdermor that wasnt A Sex Case when Ive Been Trying To Complete all of the Requirement of the New Registration Laws and Have Completed the Orinsate 10 years and How they CopA Didnt even give me Any proven fact on the Internal Investigation on those Officer's thats in Question and How this Lawyer Sold me Back in the System and Has not came with NO Contact Sign By me Stated I agree For Her To TAKe All of my Bond money this Wrong and I want the Court To please TAKe That in To Condisdertion Please Because she didnt Help me

Order (2/24/05) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of State of Illinois

v.

Anthony Hill

No. 12 CO10563

ORDER

This cause coming to be heard before The Honorable Judge Bowden, all parties being present and fully advised; It is Hereby Ordered That the Chicago Police Department in the City in which the defendant is homeless allow him to register at that police department. The defendant is homeless and must register in the city in which he is homeless.

Atty. No.: 30295

Name: Connie J. Jordan

Atty. for: Anthony Hill

Address: 16501 S. Kedzie

City/State/Zip: Markham, Ill 60428

Telephone: (708) 232-4316

ENTERED:

ENTERED OCT 25 2012 DOROTHY BROWN CLERK OF CIRCUIT COURT

Dated: 10-25-12

Judge [signature] Judge's No. 1946

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

10:00 AM
On FeB 8, 2012 I was DisCharged out of centralia Correction, with Knowledge That The 10yrs of Signing Sex-Offender Registration was over with the court Trascripts To Prove the Date of June 14, 2011 and was Told from Prison Review Board I was no Longer had To Sign it and I Refused To Sign it while I was Still in Prison waiting for my out Date 2/8/20 on OCT 3, 2012 I was excessful forced out of my Car By Two White South Holland Police office and ArresTed for NON-Comply so the nexT day OCT 4, 2012 I was given a Bond of $100.00 and my Brother Came and Bond me out and got my van out of Tow. Then I was forced By CourT To Register As "Homeless until I Find A Place in Which it was so hard But I found A Place and went Threw alot To Prove that I was Living There and I did it

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I had Found Three Place that All checked out But I had To moved Because of A Day care or my Brother got evicted Because of my label on my name. As of June 1, 2014 I had A Room I Rented from "John Garrett" which I was in Compliance Totally By Chicago police Dept and was There when they did there yearly Check-in So on April 15, 2015 Officer( Put Hand Cuffs on me So Tight that I instantly got numbness in my Hands and Arms and was placed By a wall when in 20 min later A Tall Black officer( grab me Chocking my neck and Push my face on the dirty floor in the Red Ford explorer Truck while Being Taken To 51st michgan police I complained of Chest pain Because of The "Shock" I was in Being put in a police Truck and Treated Like an Animal and I did Not once get Read my Miranda Rights and Didnt Know Why I was There At 51st Was Put in a Cell without water and

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(3)

C.P.D

Refused To Let me phone my Lawyer that Was paid By Brother Gerand Hall in which I Later find out She wasn't yet An experience Lawyer As of this day 4/16/15. So for many hours went By and I was Asked and Taken To A Booth Which a Black Detective "A woman" Told me Did I wanted To Talk and I said NO!! Then they put me Back in the cell with no running water or working Toliet and STILL I Didn't Know Why I was there for. The Next day 4/16/15 I was Taken To Court At 26th ST So California when I Then was able To TALK To Heather A. Widell the Lawyer that didn't Help or Say Anything To me Help while I was in Court or what Am Being Charged with and WAS Taken in front of the Chief Judge at 26th and giving And Bond 400,000 in which this is unHeard of when I Don't Know until I get To the Cook Country Jail when I was Told The Charges were then. The reason why I want and pray the Court Allow me To Bring a Suit Against Heather A. Widell Because She waited until my Jury Trial Set on May 9, 2016 At Markham Rm 105 Judge order no House Arrest and I can go Back Home To 8127 So Ellis Apt 2E Because He Seen the way they did me in By forced me To Pled out Because the Lawyer Heather A. Widell Told me That "I'm Porked" and the Jury will not Have any "emotions" for you So I Just Sign again my Life away To the prison System for nothing again, Because She didn't filed Any motions or didn't Any work To prove or To Help me fight for my Life. She As Trick me in

Open court and said in front of the Judge that She would Take out $3,000.00 only out of my Bond Slip and She ended up Talking ALL of my $7,500 Hundred dollars when I Trusted Her To sent me my money Because of How they got me Back in the System - I have wrote the ARDC about her Conduct How She wasn't yet A Lawyer But You could Sell me out Back into the Prison System and Steal All of my Life Saving Being out on 4 Bonds This is unheard of 1 Bond of $100.00, 2) Bond $50,000 3) Bond $75,000, 4) Bond $400.000.00. Also I want To Add "CoPA" Because the Supervisor Told me over the Phone they are Closing There investigation about the numeral allegation against the Chicago police Sex offender unit put a case on me Because I wouldn't Become a CI and Help them when The excorted me again in a Kidnap State of Being forced me inTo a Brown ford Explorer while I was Looking for a New address and Had me Hand cuffed for Hour To A wall without Any miranda Being read To me and not Told why I am There and The only way I was able To explain my way To get out If I agree To get A Judge To Sign a Search warrent For A House on A 120st wentworth and again they Drove me with my face on the Floor Like They were going To Kill me that's how I felt At that moment Then we met the Judge and He forced me To Talk To them and And Then Said I was Doing A good

Thing when I Know That They are not Thinking about my Life OR my family If we are in Danger Always Because of These things they Have Done To my Life and I pray that the Court please understand why I Seek To Bring these people To Court Because I was Sent and Beaten and Held in prison for many years For nothing and why I said this is Because in 9-11-2001 was discharged from Cook Country Jail without ProBation or any Knowledge of a "Sex Offender Registration ACT" nor was ADMoiseD in Court That I had To Register As S/O, until I moved To Palatine IL, and was Forced and Cohersed without A Lawyer or Any Prior Law Concerning To True fact That An warrant was For my Arrest or if ILL STaTe Police didn't Have Any Knowledge of me having Any warrent So with that Be said of over 17 yrs of Being in and out of Prison of a misdermor that wasnt A Sex case when Ive Been Trying To Complete all of the Requirement of the New Registration Laws and Have Completed the Orinsate 10 years and How they CopA Didnt even give me Any proven fact on the Internal Investigation on those Officers thats in Question and How this Lawyer Sold me Back in the System and Has not came with NO Contact Sign By me STated I agree For Her To TAKe ALL of my Bond money this wrong and I want the Court To please TAKe That in To Condisdertion please Because she didnt Help me

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 730-150/10(A) | F 2 | SEX OFFENDER/FALSE INFO/2+ |
| 730-150/10(A) | F 2 | SEX OFFENDER/FALSE INFO/2+ |

The following disposition(s) was/were rendered before the Honorable Judge(s):

05/13/15 IND/INFO-CLK OFFICE-PRES JUDGE 05/20/15 1701
05/20/15 CASE ASSIGNED 05/20/15 1749
BIEBEL, PAUL JR.
05/20/15 DEFENDANT IN CUSTODY
MALDONADO, ALFREDO
05/20/15 DEFENDANT IN CUSTODY
ROBERTS MARY COLLEEN
05/20/15 APPEARANCE FILED
ROBERTS MARY COLLEEN
05/20/15 DEFENDANT ARRAIGNED
ROBERTS MARY COLLEEN
05/20/15 PLEA OF NOT GUILTY
ROBERTS MARY COLLEEN
05/20/15 ADMONISH AS TO TRIAL IN ABSENT
ROBERTS MARY COLLEEN
05/20/15 MOTION FOR DISCOVERY F 1
ROBERTS MARY COLLEEN
05/20/15 DISCOVERY ANSWER FILED F 1
ROBERTS MARY COLLEEN
05/20/15 MOTION FOR DISCOVERY F 2
ROBERTS MARY COLLEEN
05/20/15 CONTINUANCE BY AGREEMENT 06/01/15 1749
ROBERTS MARY COLLEEN
06/01/15 DEFENDANT IN CUSTODY
ROBERTS MARY COLLEEN
06/01/15 SPECIAL ORDER
DEFT IS TO BE PLACED ON E.M. IN LIEU OF BOND
ROBERTS MARY COLLEEN

She wasnT AT ALL of This CourT dates it was other different people I didnT Know

(2) Heather didnT File what I asked for didnT said a word To the Judge or STaTe Nothing!!!

Of $400.000 This unheard of To have a ransom and She again was very ineffective didnT said a word in The Bond Hearing and I was in ToTaT Shock To see She did care about my Life or Freedom Being Thrown in Jail For An Address That is For a murder who have commit a more Serious Crime

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

06/01/15 CONTINUANCE BY AGREEMENT 07/13/15 1749
ROBERTS MARY COLLEEN
07/13/15 ADMIN MAND FURLOUGH (CCDOC)
ROBERTS MARY COLLEEN
07/13/15 MOTION TO WITHDRAW AS ATTORNEY
ROBERTS MARY COLLEEN
07/13/15 APPEARANCE FILED
ROBERTS MARY COLLEEN
07/13/15 CONTINUANCE BY AGREEMENT / 08/17/15 1749
ROBERTS MARY COLLEEN
08/17/15 CONTINUANCE BY AGREEMENT / 09/22/15 1749
ROBERTS MARY COLLEEN
09/22/15 CONTINUANCE BY AGREEMENT / 11/05/15 1749
ROBERTS MARY COLLEEN
11/05/15 ADMIN MAND FURLOUGH (CCDOC)
WALSH NEERA LALL
11/05/15 CONTINUANCE BY AGREEMENT / 12/15/15 1749
WALSH NEERA LALL
12/15/15 DEFENDANT IN CUSTODY
WALSH NEERA LALL
12/15/15 CONTINUANCE BY AGREEMENT / 12/18/15 1749
WALSH NEERA LALL
12/18/15 DEFENDANT IN CUSTODY
WALSH NEERA LALL
12/18/15 CONTINUANCE BY AGREEMENT 01/12/16 1749
EM REINSTATED MOVEMENT MUST BE VERIFIED
WALSH NEERA LALL
01/12/16 DEF ON ELECT MONITOR SYSTEM
WALSH NEERA LALL X ← She even said I was no problem while on EM!
01/12/16 CONTINUANCE BY AGREEMENT 02/09/16 1749
WALSH NEERA LALL
02/09/16 DEF ON ELECT MONITOR SYSTEM
WALSH NEERA LALL
02/09/16 CONTINUANCE BY AGREEMENT 03/28/16 1749
WALSH NEERA LALL
03/28/16 DEF ON ELECT MONITOR SYSTEM
JOYCE TIMOTHY JOSEPH

This The daTe I wanTed To go pro se Because I Knew John Lylce Law firm is no Help and They never visited me in Jail or while Being in The Holding Tank in Back of CourT Rm.

This is The only motion I made not Heather JusT To go To work and Church and This was my idea and Hard work NOT Her AT ALL!

PS I had not violate my EM it was GOD who Touch The Judge HearT To sent me Home Because I Shouldnt Be in Jail in The first place for nothing

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 15CR0753901

ANTHONY HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/28/16 CONTINUANCE BY AGREEMENT 05/17/16 1749
JOYCE TIMOTHY JOSEPH
05/17/16 DEFENDANT IN CUSTODY
WALSH NEERA LALL
05/17/16 DEFENDANT NOT IN COURT
WALSH NEERA LALL
05/17/16 CONTINUANCE BY AGREEMENT 06/23/16 1749
WALSH NEERA LALL
06/23/16 DEFENDANT IN CUSTODY
WALSH NEERA LALL
06/23/16 NOLLE PROSEQUI C002
WALSH NEERA LALL
06/23/16 PLEA OF GUILTY C001
WALSH NEERA LALL
06/23/16 JURY WAIVED
WALSH NEERA LALL
06/23/16 FINDING OF GUILTY C001
WALSH NEERA LALL
06/23/16 PRESENTENCE INVESTIGATION WAIV
WALSH NEERA LALL
06/23/16 DEF SENTENCED ILLINOIS DOC C001
3 YRS
WALSH NEERA LALL
06/23/16 ADMONISH-MANDATORY SUPV RELS
2 YRS
WALSH NEERA LALL
06/23/16 FINES COSTS FEES PER DRFT ORD $ 449
WALSH NEERA LALL
*06/23/16 SENTENCE TO RUN CONCURRENT
W/12C66136101
WALSH NEERA LALL
*06/23/16 WARRANT QUASHED From IDOC Illegal warrant placed on me
WALSH NEERA LALL
06/23/16 DEF ADVISED OF RIGHT TO APPEAL
WALSH NEERA LALL
06/23/16 LET MITTIMUS ISSUE/MITT TO ISS
WALSH NEERA LALL
NRC

was in NRC Held unlawfully agai[n] I was Told By The First Judge No House Arrest and I can dress in dress out. They never Released me At All they keep me Lock up 24 A day 7 days a week I was a Death Sentence

She never fild Any motions That could got me free. I was forced To Plead out

This what The set up corruption from Heather Allow Them To Put An Addiation MSR when I was Already forced To Plead out Because She Told me Down Stair 6/23/17 To go a write Her up at The ARDC and She Said in a way I will never forget Because I was Chained up Like an animal and I felt Hopeless Ready To Just give up and Asked Her Where my Bond money and She Just walked away from me.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12C66136101

ANTHONY J HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

10/22/15 MOTION DEFT - CONTINUANCE - MD 12/04/15 0671
BREWER, TOMMY
12/04/15 ADMIN MAND FURLOUGH (CCDOC)
PANICI LUCIANO
12/04/15 CONTINUANCE BY AGREEMENT 01/15/16 0671
PANICI LUCIANO
01/15/16 DEFENDANT IN CUSTODY
PANICI LUCIANO
01/15/16 CONTINUANCE BY AGREEMENT 03/21/16 0671
PANICI LUCIANO
03/21/16 CONTINUANCE BY AGREEMENT 05/09/16 0671
FLAHERTY BRIAN K
05/09/16 CHARGE AMENDED CALL
AMEND TO CLASS 4 FELONY
PANICI LUCIANO
05/09/16 PLEA OF GUILTY C001
PANICI LUCIANO
05/09/16 JURY WAIVED
PANICI LUCIANO
05/09/16 FINDING OF GUILTY C001
PANICI LUCIANO
05/09/16 DEF SENTENCED ILLINOIS DOC C001
ALONG WITH 1YR MSR
4 YRS
PANICI LUCIANO
05/09/16 CREDIT DEFENDANT FOR TIME SERV
FEES & COST$614.00-80.00=$534.00
902 DYS
PANICI LUCIANO
05/09/16 CONTINUANCE BY ORDER OF COURT 05/10/16 0671
PANICI LUCIANO
05/10/16 LET MITTIMUS ISSUE/MITT TO ISS
PANICI LUCIANO
05/10/16 CASH BOND REFUND TO ATTORNEY CALL
PANICI LUCIANO
05/12/16 CASE ADVANCED 05/12/16 0671
MOTION TO ADVANCE-STATE/CORRECTED PLEA

Got Sold Out By Heather Widell

By Forced Only

I Told The Judge I am not A Dam Sex offender and forced To Plead out Because of ineffective Cousel Its In The Transcript

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12C66136101

ANTHONY J HILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/05/15 DEFENDANT IN CUSTODY
PANICI LUCIANO
05/05/15 CONTINUANCE BY AGREEMENT 05/06/15 0671
PANICI LUCIANO
05/06/15 DEFENDANT IN CUSTODY
PANICI LUCIANO
05/06/15 CONTINUANCE BY AGREEMENT 05/27/15 0671
PANICI LUCIANO
05/27/15 DEFENDANT IN CUSTODY
PANICI LUCIANO
05/27/15 PETITION FOR VOBB FILED
PANICI LUCIANO
05/27/15 BAIL AMOUNT SET $ 75000
PANICI LUCIANO
05/27/15 O/C ONLY REL DEF ON D BOND
PANICI LUCIANO
05/27/15 WITNESSES ORDERED TO APPEAR
PANICI LUCIANO
05/27/15 CONTINUANCE BY AGREEMENT 08/12/15 0671
PANICI LUCIANO
07/08/15 CASE ADVANCED 07/08/15 0666
07/08/15 HEARING DATE ASSIGNED 07/13/15 0671
MOTION TO WITHDRAW FILED
* 07/13/15 MOTION TO WITHDRAW AS ATTORNEY I wasn't Told This until Last moment
ATTY LYKE GRANTED LEAVE TO WITHDRAW/ATTY WIDELL TO FILE APPEARANCE.
PANICI LUCIANO This is when she didn't said Anything To me
07/13/15 CONTINUANCE BY AGREEMENT 08/12/15 0671
PANICI LUCIANO and I never Hired He AT ALL
08/12/15 DEFENDANT IN CUSTODY
PANICI LUCIANO
08/12/15 CONTINUANCE BY AGREEMENT 10/07/15 0671
PANICI LUCIANO
10/07/15 DEFENDANT IN CUSTODY
BREWER, TOMMY
10/07/15 MOTION DEFT - CONTINUANCE - MD 10/22/15 0671
BREWER, TOMMY
10/22/15 BEHAVIOR CLINIC EXAM ORDERED 12/04/15 0671
BREWER, TOMMY



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Exibit (4)

Anthony Hill
K75792
6665 State Rte. 146 East
Vienna, IL 62995

Chicago
October 11, 2016

Re: Heather A. Widell
No. 2016IN04319

John Lyke, Jr.
No. 2016IN04320

Nicholas Economakos
No. 2016IN04321

Dear Mr. Hill:

We have received your request for an investigation of Heather Widell, John Lyke, Jr., and Nicholas Economakos.

The duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against attorneys. When we have sufficient evidence of serious misconduct by an attorney, we may initiate proceedings seeking disciplinary sanctions against the lawyer, such as suspension or disbarment from the practice of law. We cannot review or decide any issues in your case, cannot provide you with any legal advice or assistance, and cannot intervene in your legal matters in any way.

Your complaints relate to your former lawyers' effectiveness as your counsel. Allegations of ineffective assistance of counsel are appropriately addressed and resolved in the courts through motions, appeals, petitions for post-conviction relief, and other legal actions. Therefore, as a general policy, this Commission will not act on such allegations unless and until there has been a court finding that a lawyer was ineffective.

If you have not already done so, you may wish to raise your concerns about the lawyers in court. If in the future, any court finds that the attorneys failed to represent you effectively, we invite you to send us a copy of the court's decision. At that time, we will be pleased to review the matter to determine whether action by this Commission might be warranted. Until such time, we will take no action in the matter.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAINLIB_#816582_v1

USER NAME

anthonyhill01

PASS word

Tony 60730

Anthony Hill
1001 W 78th ST APT 3
Chicago IL 60620

UNITED STATES
POSTAL SERVICE
1000

60604

U.S. POSTAGE
PAID
CHICAGO, IL
60628
JAN 12, 18
AMOUNT
$3.29
R2305K138453-25

(Judge Edmond Chang) #1:17-CV-05966
(Prisoner Correspondece) 20th
United States District Court
Northern District of Illinois
219 South DearBorn Street
Chicago, IL 60604

RECEIVED
JAN 18 2018
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

01/18/2018-8